No. 738. GREAT INTERNATIONAL BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* J. W. GREEN. Error to the Supreme Court of the State of Alabama. Motion to dismiss or affirm submitted June 2, 1924. Decided June 9, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. J. T. Stokely,* for defendant in error, in support of the motion. *Mr. J. J. Mayfield,* for plaintiff in error, in opposition to the motion.

---

PETITIONS FOR CERTIORARI GRANTED, FROM APRIL 28, 1924, TO AND INCLUDING JUNE 9, 1924.

No. 861. MODERN WOODMEN OF AMERICA *v.* JENNIE VIDA MIXER. April 28, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Nebraska granted. *Mr. Nelson C. Pratt* for petitioner. No appearance for respondent.

---

No. 971. EDWARD HINES YELLOW PINE TRUSTEES *v.* ANNA F. C. MARTIN ET AL. May 12, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. T. J. Wills* and *Mr. T. W. Davis* for petitioners. *Mr. Clayton D. Potter* for respondents.

---

No. 991. AMERICAN RAILWAY EXPRESS COMPANY *v.* GEORGE C. DANIEL. May 12, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Georgia granted. *Mr. Robert C. Alston* for petitioner. No appearance for respondent.